AUSA:      Eaton Brown                  Telephone:  (313) 226-9100
Task Force Officer:     McKailey B. Scott        Telephone:  (313) 965-2323

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

    v.

Robert Michael Samarian

Case: 2:25−mj−30711
Assigned To : Unassigned
Assign. Date : 11/20/2025
Description: CMP USA V.
SAMARIAN (DJ)

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 2, 2021 - October 2, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)&(e) | Sexual explotation of a minor |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

McKailey B. Scott, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____November 20, 2025_____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, McKailey B. Scott, a Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Police Officer for the City of Livonia since May of 2018 and am currently assigned to the Detective Bureau – Special Victims Unit, where I have been for nearly 4 years. Additionally, I have been appointed as a special deputy U.S. Marshal with the Trafficking and Exploitation Crimes Task Force of the Federal Bureau of Investigations.

2.      While employed by the City of Livonia as both a uniformed and plain clothes officer, I have personally investigated numerous cases of crimes against children and sexual offenses. While working with the FBI, I have assisted in investigations related to sexual exploitation of children. I have gained experience though my training at the police academy, post academy training, and everyday work related to conducting these types of investigations.

3.      I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a law enforcement officer deputized as a federal law enforcement officers who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I

1

am authorized by law to request an arrest warrant.

4.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Robert Michael Samarian** for violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a minor and attempt); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography);

5.      The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a police officer. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Samarian has violated the above offense.

## PROBABLE CAUSE

6.      On or about September 30, 2025, Lisa Samarian reported to Livonia Police Officers that her husband, Robert Samarian, has been abusive toward her and takes nude photographs of their three children, a 15 year old female born in 2010 (hereafter MV-1), an 11 year old male born in 2013 (hereafter MV-2) and a 10 year

2

old male born in 2015 (hereafter MV-3). She reported that Robert stores the photographs on USB drives that he keeps within the home.

7.      Lisa provided Detective Kalyn Krusinski with a photograph of the USB drives where Robert stores the photographs, showing that the USB drives are stored in the marital bedroom within their home, located at 11058 Hillcrest St. in the City of Livonia, Michigan.

8.      On or about October 2, 2025 Livonia Police Officers executed a residential search warrant at 11058 Hillcrest in Livonia. Detective Kalyn Krusinski located and confiscated several cell phones, a HP laptop, a Canon PowerShot camera containing a SanDisk SDHC card, and a plastic cup containing several USB drives all from Robert's bedroom. Robert Samarian informed Detective Krusinski that he and the family are practicing nudists.

   a. All of the aforementioned items, aside from the HP laptop were extracted by Computer Services Officer Sullivan of the Livonia Police Department.

   b. The SanDisk SDHC card located within the Canon camera contained 437 images, 190 of which were images of naked children. There are 57 images depicting MV-1 with her chest and/or vagina fully exposed. Some of the photographs depict what appears to be an adult nude female standing behind MV-1 and holding onto MV-1's arms.  The

3

following is a description of some of the photographs found on the SanDisk SDHC card located within the Canon camera:

1. One photograph, with a capture date of May 2, 2021, depicts MV-1 standing in a room wearing a pink shirt. The capture time is approximately 5:36 pm;

2. One photograph, with a capture date of May 2, 2021, depicts what appears to be a juvenile female's vagina. The image is focused on the vagina and the legs are open. A shirt is visible that matches the one worn by MV-1 in the previous picture and the capture time was approximately 5:41pm (i.e., five minutes after the prior picture);

3. One photograph, with a capture date of May 2, 2022 and capture time of approximately 5:41 pm, depicts what appears to be a juvenile female's vagina and anus;

4. One photograph, with a capture date of January 12, 2022, depicts MV-1 with her breasts exposed, lying on a bed. . The capture time was approximately 8:25 pm;

5. One photograph with a capture date of January 12, 2022, also captured at 8:25 p.m., depicts what appears to be the same juvenile female on a bed. The image is focused on the juvenile female's

4

vagina. Her face is not visible in the photograph but the sheets match the ones depicted in the previous photo.

c.  One additional USB drive contained several photographs of the family in various stages of undress, mostly completely nude photographs. The photographs included Lisa, Robert, and all of their children in front of a Christmas tree.

d.  Robert's cell phone, an Apple iPhone XR, contained various internet searches with the terms/words/phrases, including but not limited to:

1.  "what state has 14 age of consent"

2.  "Israel children naked"

3.  "Israel naked girls"

4.  "teen breasts naked"

5.  "Adam and Eve had sex with their children"

6.  "teenage naked"

7.  "children nude"

8.  "10-year-old naked"

9.  "children naked"

10. There were numerous searches about nudity, sexual practices, age of consent, and the practice of nudism.

5

9.      MV-1 is a person with autism and is nonverbal, she was unable to participate in a forensic interview. MV-2 and MV-3 were both forensically nterviewed and disclosed that their father, Robert Samaritan, is sometimes naked in the home, as is their mother. They disclosed that they take nude Christmas photographs as a family annually, but MV-2 and MV-3 are otherwise clothed most of the time.

## CONCLUSION

10.      Based on the foregoing, there is probable cause to believe Robert Michael Samarian has committed violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a minor); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography);

Respectfully submitted,

McKailey B. Scott, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date:    November 20, 2025

6